```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

ABIODUN ADETOLA,

                  Defendant.
------------------------------------------------------------------x

**ORDER**
88 CR 928 (KMW)

KIMBA M. WOOD, District Judge:

    A conference on the violation of supervised release in the above-captioned matter will be held on Thursday, September 13, 2018, at 1:00 p.m.

    SO ORDERED.

Dated: New York, New York
         August 24, 2018

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE