```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

ABIODUN ADETOLA,

    Defendant.

-----------------------------------------------------------X

88-cr-928 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Due to a conflict with the Court's calendar, the conference that was scheduled for September 13, 2018 at 1:00 p.m. is adjourned to Tuesday, September 18, at 3:00 p.m.

SO ORDERED.

Dated: New York, New York
       September 13, 2018

                                            KIMBA M. WOOD
                                     United States District Judge